UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID RODRIGUES et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-11042-IT |
| | * | |
| AUTOMATICE MACHINE PRODUCTS CO. et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

SETTLEMENT ORDER OF DISMISSAL

June 2, 2025

TALWANI, D.J.

The court having been advised on May 28th, 2025, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Savannah Cook
Deputy Clerk

1